# EXHIBIT A



# United States of America
### United States Patent and Trademark Office

## SUMMER HOUSE SANTA MONICA

**Reg. No. 4,586,071**

**Registered Aug. 12, 2014**

**Int. Cl.: 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LETTUCE ENTERTAIN YOU ENTERPRISES, INC. (ILLINOIS CORPORATION)
5419 NORTH SHERIDAN RD
CHICAGO, IL 60640

FOR: RESTAURANT AND BAR SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-1-2013; IN COMMERCE 11-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SANTA MONICA", APART
FROM THE MARK AS SHOWN.

SN 86-087,285, FILED 10-9-2013.

DORITT L. CARROLL, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**