# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC., | ) ) ) |
| Plaintiff, | ) ) Case No.: 8:21-cv-01458 |
| v. | ) ) ) |
| SIESTA KEY SUMMER HOUSE LLC, | ) ) ) ) **DEMAND FOR A JURY** ) **TRIAL** ) |
| Defendant. | ) |

**PLAINTIFF LETTUCE ENTERTAIN YOU ENTERPRISES INC.'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.03**

Pursuant to Local Rule 3.03, Plaintiff Lettuce Entertain You Enterprises, Inc. ("LEYE") submits its Certificate of Interested Parties and Disclosure Statement and states as follows:

1. Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a. Plaintiff, Lettuce Entertain You Enterprises, Inc., an Illinois corporation.

    b. Antony J. McShane
       Kara C. Smith

123630033

      Neal, Gerber & Eisenberg LLP
      2 North LaSalle, Suite 1700
      Chicago, Illinois 60602

   c. Patricia Flanagan
      Fox Rothchild LLP
      777 S. Flagler Drive
      Suite 1700 West Tower
      West Palm Beach Florida 33401

   d. Defendant, Siesta Key Summer House LLC, a Florida limited liability company.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

   None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

   None.

4. Each person arguably eligible for restitution:

   Plaintiff, Lettuce Entertain You Enterprises, Inc.

    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

123630033

Date: June 16, 2021                    Respectfully submitted,

/s/ *Patricia M. Flanagan*
Patricia M. Flanagan
Florida Bar No. 58592
FOX ROTHSCHILD LLP
777 South Flagler Drive
Suite 1700, West Tower
West Palm Beach, FL 33401
Tel: (561) 835-9600
Fax: (561)835-9602
Email: pflanagan@foxrothschild.com

Antony J. McShane (IL Bar 6190332)
(*pro hac vice to be filed*)
Kara C. Smith (IL Bar 6327947)
(*pro hac vice to be filed*)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, Illinois 60602-3801
Tel: (312) 269-8000
Fax: (312) 269-1747
Email: amcshane@nge.com
Email: ksmith@nge.com

*Attorneys for Plaintiff*
*Lettuce Entertain You Enterprises, Inc.*

123630033

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Patricia M. Flanagan*
Patricia M. Flanagan

123630033