## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:21-CV-1458-VMC-SPF

Plaintiff:
**LETTUCE ENTERTAIN YOU ENTERPRISES, INC**

vs.

Defendant:
**SIESTA KEY SUMMER HOUSE LLC**

For:
PATRICIA M. FLANAGAN, ESQ
FOX ROTHSCHILD LLP
777 SOUTH FLAGLER DRIVE
SUITE 1700, WEST TOWER
WEST PALM BEACH, FL 33401

Received by Sarasota Process Servers, Inc. on the 18th day of June, 2021 at 2:19 pm to be served on **SIESTA KEY SUMMER HOUSE, LLC, C/O CHRISTOPHER J. BROWN, REGISTERED AGENT, 313 LOOKOUT POINT DR, OSPREY, FL 34229**.

I, Jason Stolberg, being duly sworn, depose and say that on the **21st day of June, 2021** at **12:00 pm**, I:

**CORPORATE (RESIDENCE)** Served the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF WITH EXHIBIT "A" AND CIVIL COVER SHEET** on **MICHELLE BROWN** as **SPOUSE** of the Registered Agent, at the address listed with the Secretary of State as the address of the Registered Agent. The address listed with the Secretary of State being his/her residence and his/her usual place of abode, **313 LOOKOUT POINT DR, OSPREY, FL 34229**. The process was served to a person residing therein, who is 15 years of age or older, and informing said person of the contents thereof, and served pursuant to F.S. 48.081(3)(b) and F.S. 48.031(1)(a).

I am over the age of 18 and have no interest in the above action. I am certified in good standing in the judicial circuit in which the process was served. No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Subscribed and Sworn to before me on the 22nd day of June, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
Michelle Toombs
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG247432
Expires 8/9/2022

Jason Stolberg
#6009

Sarasota Process Servers, Inc.
P.O. Box 18778
Sarasota, FL 34276
(941) 346-7900

Our Job Serial Number: SPS-2021003827

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t